**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| IN RE | ) | GENERAL ORDER |
| | ) | |
| ASSIGNMENT OF CASE TO | ) | No. 2010-03 |
| THE HONORABLE ROBERT W. PRATT | ) | |

With the concurrence of Chief Circuit Judge James B. Loken and United States District Judges Joseph F. Bataillon and Robert W. Pratt,

IT IS ORDERED:

1. As of January 21, 2010, the following case is assigned to Judge Pratt:

   **8:10CR23   United States v. Scott Patrick McNeill**

2. No magistrate judge will be assigned.

The case will be prosecuted by the United States Attorney's Office in the Southern District of Iowa.

DATED 11th day of February, 2010.

BY THE COURT:

s/Joseph F. Bataillon
Chief Judge